FILED
CLERK, U.S. DISTRICT COURT
01/16/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 5:24-cr-00018-DSF |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [21 U.S.C. § 841(a)(1), (b)(1)(C): Distribution of Methamphetamine] |
| CHUKWUDI EKENAMCHUKWU CHIJINDU, | |
| Defendant. | |

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 5, 2020, in Riverside County, within the Central District of California, defendant CHUKWUDI EKENAMCHUKWU

///

///

CHIJINDU knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance.

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

BENJAMIN J. WEIR
Assistant United States Attorney
Riverside Branch Office